IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 26 MAG. 3708 |
| VUK VUKOVIC | |

**ORDER**

Upon consideration of the parties' request for an order directing the Clerk of Court to accept payments from the defendant in this case and deposit them into an interest- bearing account, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall receive the payments listed in Attachment A, totaling approximately $22,331,545.00, submitted by or on behalf of the defendant and maintain such payments in an interest-bearing account pending further order of the Court; it is also

ORDERED that the Clerk of Court shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and it is

FUTHER ORDERED THAT Attachment A to this order shall remain under seal to protect confidential bank account information, except that copies may be retained and used by or disclosed to the Clerk's Office, the Government, the defendant, and the financial institutions listed in Attachment A as needed to effect this Order without further order of this Court.

SO ORDERED:

Stewart D. Aaron

HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

9/25/2026
DATE