UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VUK VUKOVIC,

Defendant.

**Order of Continuance**

**26 Mag. 3708**

Upon the application of the United States of America and the affirmation of Maggie Lynaugh, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with one count of securities fraud, in violation of 15 U.S.C. § 78j(b) and 78ff; 17 C.F.R. § 240.10b-5; and 18 U.S.C. § 2, and one count of wire fraud, in violation of 18 U.S.C. § 1343, and 2, in a complaint dated September 9, 2026;

It is further found that the defendant was arrested on September 10, 2026 and presented before Judge Jennifer E. Willis on September 10, 2026, and was released principally on a $200,000 bond and a curfew with location monitoring;

It is further found that Brittain Shaw, Esq., counsel for the defendant, has been engaged in, and is continuing, discussions concerning a possible disposition of this case with Assistant United States Attorney Maggie Lynaugh;

It is further found that the Government has requested a continuance of an additional 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 11, 2026, and that a copy of this Order and the affirmation of Assistant United States Attorney Maggie Lynaugh be served by email on defense counsel by the United States Attorney's Office.

Dated: New York, New York
November 10, 2026

Jennifer E. Willis
United States Magistrate Judge
Southern District of New York