UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VUK VUKOVIC,

Defendant.

**Application for Order of Continuance**

**26 Mag. 3708**

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss.
SOUTHERN DISTRICT OF NEW YORK )

MAGGIE LYNAUGH, pursuant to 28 U.S.C. §1746, hereby affirms the truth of the following under penalties of perjury:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the first order of continuance that has been sought in this case.

2. The defendant was charged in a complaint, dated September 9, 2026, with one count of securities fraud, in violation of 15 U.S.C. § 78j(b) and 78ff; 17 C.F.R. § 240.10b-5; and 18 U.S.C. § 2, and one count of wire fraud, in violation of 18 U.S.C. § 1343, and 2. On September 10, 2026, the defendant was arrested and presented before Magistrate Judge Jennifer E. Willis, and released principally on a $200,000 bond and a curfew with location monitoring. The defendant was represented at his presentment by Amy Gallicchio, Esq. of Federal Defenders of New York, Inc.; since that time the defendant has retained Brittain Shaw, Esq. of Thompson Hine LLP as his counsel.

3. At the initial presentment, defense counsel waived his client's right

pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance. Accordingly, under the Speedy Trial Act, the Government had until October 12, 2026, within which to file an indictment or information.

4. On October 9, 2026, Magistrate Judge Henry J. Ricardo entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time to file an indictment or information until November 11, 2026.

5. Defense counsel and the Government are engaged in discussions concerning a possible disposition of this matter. Those discussions have not been completed, and we plan to continue our discussions, but we do not anticipate a resolution before the deadline under the Speedy Trial Act expires on November 11, 2026.

6. Therefore, the Government is requesting a 30-day continuance until December 11, 2026, to continue the foregoing discussions. Defense counsel consented to this request over telephone on November 6, 2026.

7. Andrew Dember, Deputy Chief of the Criminal Division, has approved this application.

8. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: New York, New York
November 10, 2026

MAGGIE LYNAUGH
Assistant United States Attorney
(212) 637-2448